UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


IN RE:
SUBPOENA FOR RULE 2004
EXAMINATION TO THE WAUREGAN                10-mc-5-JM
COMPANY, INC.


O R D E R

I hereby recuse myself from this case.  Case to be reassigned to another Judge.


SO ORDERED.


February 22, 2010                           /s/James R. Muirhead
                                            James R. Muirhead
                                            United States Magistrate Judge


cc:     Peter G. Callaghan, Esq.
        Richard J. Lehmann, Esq.
        Daniel P. Lucker, Esq.